Todd R. Tucker (Admitted *pro hac vice*)
ttucker@calfee.com
Kyle Deighan (To be admitted *pro hac vice*)
kdeighan@calfee.com
CALFEE, HALTER & GRISWOLD LLP
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: 216-622-8200

Seth Jessee (State Bar No. 310983)
sjessee@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

*Attorneys for Plaintiff*
*AVATION MEDICAL, INC.*

Ryan E. Hatch, Esq. (Bar No.: 235577)
HATCH LAW, PC
13323 Washington Blvd., Suite 302
Los Angeles, CA 90066
Tel: (310) 435-6374
ryan@hatchlaw.com

*Attorneys for Defendant*
*EMKINETICS, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVATION MEDICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EMKINETICS, INC., <br><br> Defendant. | Case No. 4:24-cv-01702-JST <br> Honorable Jon S. Tigar <br><br> **JOINT STATUS REPORT** |

In accordance with the Court's October 1, 2024 Order (ECF No. 33), Plaintiff Avation Medical, Inc. ("Avation") and Defendant EMKinetics, Inc. ("EMK") (collectively, the "Parties") respectfully submit this Joint Status Report to the Court.

## I. INTRODUCTION

On September 30, 2024 (ECF No. 32), the Parties filed a joint stipulation to stay this case pending the Patent Trial and Appeal Board's ("PTAB") decisions regarding institution of PTAB proceedings filed by Avation regarding the patents at issue in this case, namely Avation's petition for post-grant review ("PGR") challenging all claims of U.S. Patent No. 11,844,943 (the "943 Patent"), Avation's petition for *inter partes* review ("IPR") challenging all claims of U.S. Patent No. 11,224,742 (the "742 Patent"), and Avation's petition for IPR challenging all claims of U.S. Patent No. 9,002,477 (the "477 Patent"). On October 1, 2024, the Court approved the Parties' joint stipulation and stayed this case "pending the last of the PTAB's decision on whether to grant or deny the PGR and IPR petitions and institute review." ECF No. 33 at 4. The Court further ordered the Parties to provide a status report within fourteen (14) days of the last of the PTAB's decisions regarding whether to institute review. *Id.* The Parties provide the following update regarding the status of Avation's pending PTAB proceedings.

## II. SUMMARY OF PTAB PROCEEDINGS

### A. PGR2024-00043

On July 1, 2024, Avation filed a petition for PGR challenging all claims of the '943 patent. On January 29, 2025, the PTAB issued a Decision Granting Institution of Post-Grant Review regarding the '943 patent. A copy of the PTAB's Institution Decision is attached hereto as **Exhibit A**. According to 35 U.S.C. § 326(a)(11), a Final Written Decision in PGR2024-00043 must be issued by the PTAB by January 29, 2026 (which may be extended by 6 months by the USPTO Director for good cause shown). *See* 35 U.S.C. § 326(a)(11).

### B. IPR2024-01375

On September 3, 2024, Avation filed a petition for IPR challenging all claims of the '742 patent. On March 18, 2025, the PTAB issued a Decision Granting Institution of *Inter Partes*

Review regarding the '742 patent. A copy of the PTAB's Institution Decision is attached hereto as **Exhibit B**. According to 35 U.S.C. § 316(a)(11), a Final Written Decision in IPR2024-01375 must be issued by the PTAB by March 18, 2026 (which may be extended by 6 months by the USPTO Director for good cause shown). *See* 35 U.S.C. § 316(a)(11).

### C.   IPR2024-01378

On September 5, 2024, Avation filed a petition for IPR challenging all claims of the '477 patent. On March 18, 2025, the PTAB issued a Decision Granting Institution of *Inter Partes* Review regarding the '477 patent. A copy of the PTAB's Institution Decision is attached hereto as **Exhibit C**. According to 35 U.S.C. § 316(a)(11), a Final Written Decision in IPR2024-01378 must be issued by the PTAB by March 18, 2026 (which may be extended by 6 months by the USPTO Director for good cause shown). *See* 35 U.S.C. § 316(a)(11).

### III.   JOINT STIPULATION TO EXTEND CURRENT STAY

According to the Court's October 1, 2024 Order, "[t]he parties' status report following PTAB's decisions regarding whether to institute review may include a stipulation advancing or continuing these dates as appropriate." ECF No. 33 at 5. The Parties have conferred and agree that the current stay of this case should be extended pending resolution of the PGR and IPR proceedings before the PTAB. Accordingly, the Parties will file a Joint Stipulation to Advance the Current Stay Pending Resolution of PTAB Review Proceedings of the Challenged Patents concurrently with the filing of this Joint Status Report. As indicated in the Parties' Joint Stipulation, the Parties will provide a status report to the Court within (14) days of the last of the PTAB's Final Written Decisions in the PGR and IPR proceedings. The Parties also request that the Court vacate any dates set in the present case, including the April 22, 2025 deadline to file a Joint Case Management Statement and the April 29, 2025 Case Management Conference. ECF No. 33 at 5.

| | |
|---|---|
| Dated: April 1, 2025 | RUTAN & TUCKER, LLP |
| | By: */s/ Seth Jessee* |
| | Seth Jessee |
| | Attorneys for Plaintiff |
| | AVATION MEDICAL, INC |
| Dated: April 1, 2025 | HATCH LAW, PC |
| | By: */s/ Ryan E. Hatch* |
| | Ryan E. Hatch |
| | Attorneys for Defendant |
| | EMKINETICS, INC |

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with L.R. 5-4.3.4, the filing party hereby attests that all signatories listed concur in this filing's content and have authorized this filing.

By: */s/ Seth Jessee*
Seth Jessee